**Order entered March 7, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01128-CR

**GRACIANI ALEXANDER CANALES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-34986-R**

## ORDER

Before the Court is appellant's March 5, 2019 second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before April 4, 2019. Appellant is cautioned that further extensions are disfavored.

/s/      CORY L. CARLYLE
         JUSTICE